[Cite as *06/26/2003 Case Announcements,* 2003-Ohio-3318.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 26, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–0053. Pearce v. Fouad.**
Franklin App. No. 00AP–837. This cause is pending before the court as a discretionary appeal and cross-appeal. On March 4, 2002, this court issued an entry staying proceedings in this matter upon the Notice of Bankruptcy filed by appellee/cross-appellant. On June 17, 2003, appellee/cross-appellant filed a Notice of Modification of Stay Order which included an order by the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, granting relief from the federal stay for purposes of continuing proceedings in this matter. Upon consideration thereof,

IT IS ORDERED by the court that the stay granted in this court's March 4, 2002 entry be, and hereby is, lifted.

IT IS FURTHER ORDERED by the court that appellee/cross-appellant may file its combined jurisdictional memorandum in accordance with S.Ct.Prac.R. III(4) within 30 days of the date of this entry. Within 30 days thereafter, appellant/cross-appellee shall file the last jurisdictional memorandum in accordance with S.Ct.Prac.R. III(4).

**2003–0819. State ex rel. Borden, Inc. v. Wilson.**
Franklin App. No. 02AP–107. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before July 25, 2003.

## MISCELLANEOUS DISMISSALS

**2003–0347. Headley v. Grange Guardian Ins. Co.**
Mahoning App. No. 01CA130. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0645. State ex rel. Hall v. Midwest Drywall, Inc.**
Franklin App. No. 02AP–500. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.